1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PATRICK WILLARD          ) Case No. CV 14-8388-AB (SP)
     HEDRICK,                 )
12                            )
                              )
13              Petitioner,   ) **ORDER ACCEPTING FINDINGS AND**
                              ) **RECOMMENDATION OF UNITED**
14        v.                  ) **STATES MAGISTRATE JUDGE**
                              )
15   AMY MILLER, Warden,      )
                              )
16              Respondent.   )
                              )
17   _____ )

18
          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
19
     file, and the Report and Recommendation of the United States Magistrate Judge.
20
     Petitioner has not filed any written Objections to the Report within the time
21
     permitted.  The Court accepts the findings and recommendation of the Magistrate
22
     Judge.
23
          IT IS THEREFORE ORDERED that Judgment be entered denying the
24
     Petition and dismissing this action with prejudice.
25

26
     DATED:  May 15, 2018      _____
27                             HONORABLE ANDRÉ BIROTTE JR.
                               UNITED STATES DISTRICT JUDGE
28