JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PATRICK WILLARD HEDRICK,                        ) Case No. CV 14-8388-AB (SP)
                                                )
                Petitioner,                     )
                                                )      **JUDGMENT**
        v.                                      )
                                                )
AMY MILLER, Warden,                             )
                                                )
                Respondent.                     )
_____                 )

        Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


Dated: May 15, 2018

                                        HONORABLE ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE